The relief described hereinbelow is SO ORDERED.

Signed December 01, 2009.



_____
ROBERT D. BERGER
United States Bankruptcy Judge

_____

```
               IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF KANSAS


IN RE:                                  IN PROCEEDINGS FOR A PLAN
 MATTHEW EDWARD LEVI DANIELS            UNDER CHAPTER 13
 KRISTINA MARIE DANIELS
                                        CASE NO.: 07-22327
                        FINAL DECREE
                        ------------
                  DISMISSED AFTER CONFIRMATION


     The Petition of William H. Griffin, Trustee of the above named
debtor(s) for Final Decree, discharging him as Trustee and closing
the estate having been heard, and due notice of said hearing having
been given by mail to all persons entitled thereto, and no adverse
interest having been represented at said hearing.

     The Court finds the report of the Trustee should be approved.

     IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Final
Report of the Trustee be and the same is hereby approved, and he
be discharged as Trustee of the above named debtor(s), and he and
the surety on his bond be and they are hereby released from any
and all liability upon such bond on account of the subject proceeding
arising hereafter, and this case be, and hereby is, closed.


                            ###
```

<u>s/W. H. Griffin, Chapter 13 Trustee</u>
W. H. Griffin, Standing Trustee
6330 Lamar Suite 110
Overland Park, KS 66202-4286
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com